

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-15-00068-CV

John M. **DONOHUE**,
Appellant

v.

**SAN ANTONIO POLICE DEPARTMENT**, et al,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

# O R D E R

On February 6, 2015, appellant filed a notice of appeal in this court from the trial court's January 8, 2015 judgment. On that same day, and also in this court, appellant filed an affidavit of inability to pay costs in this court. It appears appellant did not file his affidavit in the trial court. We have forwarded both to the district clerk.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on February 6, 2015, the date his notice of appeal was filed. *See id.* R. 20.1(c)(1). We therefore ordered the clerk of this court to send copies of the affidavit and our order to the trial court clerk, the court reporter, and all parties. *See id.* R. 20.1(d)(2). We further ordered that any contest to appellant's affidavit be filed in this court on or before March 2, 2015. *See id.* R. 20.1(e)(1).

No contests were filed. Because no contests were filed, appellant is considered indigent for purposes of this appeal. Neither the clerk's record nor the reporter's record have been filed in this court. Accordingly, we **ORDER** the district clerk to file the clerk's record and the court reporter to file the reporter's record in this court on or before **April 9, 2015**. Appellant's brief will be due in this court thirty days after the date the complete record is filed in this court.

We **order** the clerk of this court to serve a copy of this order on the district clerk, the court reporter, appellant, and all counsel.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court

